Arthur E. EBERTS, Jr., Plaintiff—Appellant,

v.

HALLIBURTON ENERGY SERVICES, INCORPORATED, Defendant—Appellee.

No. 04–2272.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2005.

Decided May 20, 2005.

* Washington does not attack the voluntariness of his guilty plea.

Michael J. Florio, Florio Law Offices, Clarksburg, West Virginia, for Appellant. Vanessa Griffith, Vinson & Elkins L.L.P., Houston, Texas, for Appellee.

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Arthur E. Eberts, Jr., appeals the district court's order granting Halliburton's motion to compel arbitration and dismissing Eberts' complaint and denying Eberts' motion to alter or amend. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Eberts v. Halliburton Energy Servs., Inc.*, No. CA–03–229–1 (N.D.W.Va. March 19 & Sept. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*